# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

May 15, 2019

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Steven Carson**
      18 Cr. 692 (CS)

Dear Judge Seibel:

This letter is written on behalf of Steven Carson and respectfully seeks an order requiring the Office of Pretrial Services to return Mr. Carson's passport to Mr. Carson, or a representative from our office. Pretrial Services has informed my office that they can only release Mr. Carson's passport pursuant to a Court order. Mr. Carson was sentenced on May 13, 2019 to time served and three years of supervised release. We thus respectfully request that the Court order the release of his passport.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Susanne Brody, Esq.
Attorney for Mr. Steven Carson

**SO ORDERED:**

_____
**HONORABLE CATHY SEIBEL**
**United States District Judge**

cc:   Samuel Adelsberg, A.U.S.A.
      Andrew Abbott, U.S.P.T.O.
      Mr. Steven Carson